# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2516

_____

| | | |
|---|---|---|
| Marcelino Mejia Macario, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: December 6, 2010
Filed: December 9, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Marcelino Mejia Macario petitions for review of an order of the Board of Immigration Appeals denying him asylum, withholding of removal, and relief under the Convention Against Torture. We conclude that the decision was supported by substantial evidence on the record as a whole. See Khrystotodorov v. Mukasey, 551 F.3d 775, 781, 783 (8th Cir. 2008) (standard of review); Ming Ming Wijono v. Gonzales, 439 F.3d 868, 872 (8th Cir. 2006) (requirement of nexus between acts of persecution and protected ground). Accordingly, we deny the petition for review.

_____